JOHN ROBINSON v.
PORT AUTHORITY OF NEW YORK & NEW JERSEY.

May 16, 1978. Petition for certification denied.

J. FILIBERTO SANITATION, INC. v.
BOROUGH OF MADISON.

May 16, 1978. Petition for certification denied.

FRANK J. DANIELLO v. THE BOARD OF TRUSTEES OF
THE POLICE AND FIREMEN'S RETIREMENT SYSTEM.

May 16, 1978. Petition for certification denied.

MARTHA LATTA v. JAMES T. CAULFIELD.

May 16, 1978. Petition for certification granted. (See
158 *N. J. Super.* 151)

STATE OF NEW JERSEY v. EDWARD R. SMITH.

May 16, 1978. Petition for certification denied.